JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS EUGENE,<br><br>        Petitioner,<br>vs.<br><br>DAVID B. LONG, Warden,<br><br>        Respondent. | Case No. CV 14-06118-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 16, 2016

*/s/ David T. Bristow*

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE